UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Richard Anderson,** ) | |
| **Bryan Bashin, et al.,** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | Civil Action No. 06-1565 (RMC) |
| v. ) | |
| ) | |
| **Margaret Spellings, Secretary,** ) | |
| **U.S. Department of Education,** ) | |
| **Defendant.** ) | |
| ) | Date: February 22, 2007 |

NOTICE OF SUBSTITUTION OF COUNSEL
AND
ENTRY OF APPEARANCE

Please take note that henceforth, Plaintiffs Richard Anderson, Bryan Bashin et al., who heretofore were represented in the above-captioned matter by:

> George M. Chuzi, Esq. (DC Bar No.
> Kalijarvi, Chuzi & Newman, PC
> 1901 L Street, NW, Suite 610
> Washington, DC 20036
> Tel: (202) 331-9260
> Fax: (202) 331-9261

will henceforth be represented by:

> George M. Chuzi, Esq. (D.C. Bar 336503)
> Heather G. White (D.C. Bar 497159)
> Kalijarvi, Chuzi & Newman, PC
> 1901 L Street, NW, Suite 610
> Washington, DC 20036
> Tel: (202) 331-9260
> Fax: (202) 331-9261

Ms. White hereby respectfully enters her appearance herein.

Respectfully submitted,

   /s/ Heather G. White
George M. Chuzi, Esq. (D.C. Bar 336503)
Heather G. White (D.C. Bar 497159)
Kalijarvi, Chuzi & Newman, PC
1901 L Street, NW, Suite 610
Washington, DC 20036
Tel: (202) 331-9260
Fax: (202) 331-9261

**CERTIFICATE OF SERVICE**

     I hereby certify that the following persons were served with the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE** on this 22nd day of February 2007 by the means specified:

Heather D. Graham-Oliver, Esq.       **BY CM-ECF**
Assistant United States Attorney
Office of the U.S. Attorney
Judiciary Center Building
555 4th St., NW
Room 10-818
Washington, DC 20530
Tel: 202 305-1334
*Attorney to be Noticed for Defendant*

   /s/ Heather G. White
Heather G. White