# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD ANDERSON, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.  ) | Civil Action No. 06-1565 (RMC) |
| ) | |
| **MARGARET SPELLINGS, Secretary,** ) | |
| **U.S. Department of Education** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## PROPOSED SCHEDULING ORDER

Pursuant to Local Rule 16.3 (c), the parties have conferred regarding the order and timing of proceedings in this case. Upon consideration of the papers submitted by the parties, it is this _____ day of _____, 2007:

**ORDERED**, THAT THE Joint Proposed Scheduling Order is adopted; and it is further

**ORDERED**, that the parties shall proceed according to the following schedule:

The parties will exchange initial disclosures on or before May 25, 2007;

All discovery, will be completed no later than March 28, 2008;

All dispositive motions must be filed no later than June 3, 2008;

Any opposition to a dispositive motion must be filed no later than July 3, 2008;

Any reply to any opposition to a dispositive motion must be filed no later than July 14, 2008;

Plaintiff's disclosures with regard to expert witness reports and information pursuant to Fed. R. Civ. P. 26(a)(2) be made no later than December 15, 2007;

Defendant's disclosures with regard to expert witness reports and information pursuant to Fed. R. Civ. P. 26(a)(2) be made no later than January 15, 2007; and

That mediation and/or ADR take place January/February 2008.

_____
United States District Judge