IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD ANDERSON, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1565 (RMC) |
| | ) |
| **MARGARET SPELLINGS, Secretary,** | ) |
| **U.S. Department of Education** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**JOINT REQUEST TO CHANGE
DESIGNATED NUMBER OF DEPOSITIONS
IN SCHEDULING ORDER AND FOR FURTHER CLARIFICATION**

On March 6, 2006, this Court issued an Initial Scheduling Order. As a part of that order item number 5, stated that "[e]ach party is limited to a maximum of five (5) depositions." The Defendant, U.S. Department of Education (DOE) and the Plaintiffs hereby request that the number of depositions determined by the Court in the scheduling order be increased from five (5) to a limit of twenty-five (25) per side. In addition to there being nineteen plaintiffs there are other additional witnesses who will also be deposed.

Defendant also requests clarification pertaining to item 4 and 5. Defendant desires language indicating that it may send twenty-five (25) interrogatories to each individual plaintiff and no more than twenty-five (25) requests for admissions to each plaintiff.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334