## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD ANDERSON, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1565 (RMC) |
| | ) |
| **MARGARET SPELLINGS, Secretary,** | ) |
| **U.S. Department of Education** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## PROPOSED AMENDED SCHEDULING ORDER

Upon consideration of the Motion submitted by the parties, it is this _____ day of _____, 2007: hereby,

**ORDERED**, that the number of depositions in the scheduling order be increased from five (5) to a limit of twenty-five (25) per side; and

That Defendant is limited to tendering a set of no more than twenty-five (25) interrogatories, including discrete sub-parts, and twenty-five (25) requests for admissions to each plaintiff.

_____
United States District Judge