UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD ANDERSON, et al.,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **MARGARET SPELLINGS, Secretary** ) <br> **U.S. Department of Education,** ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No.: 06-1565 (RMC) |

## **PRAECIPE**

The Clerk of the Court will please **add** the appearance of Assistant United States Attorney Michelle Johnson as counsel for defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　MICHELLE JOHNSON, D.C. BAR# 491910
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　555 4th St., N.W., Room E4212
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　202-514-7139 (telephone)
　　　　　　　　　　　　　　　　　202-514-8780 (facsimile)
　　　　　　　　　　　　　　　　　Michelle.Johnson@usdoj.gov