## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RICHARD ANDERSON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-1565 (RMC)** |
| | ) | |
| **MARGARET SPELLINGS, Secretary,** | ) | |
| **U.S. Department of Education,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on May 16, 2008, it is hereby **ORDERED** that:

1.  Plaintiffs' designation of experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be made no later than January 15, 2009. Defendant's designation of experts and reports shall be made no later than March 15, 2009.

2.  Plaintiffs, as a group, and Defendant shall each propound no more than one set of written requests. Such requests are limited to a maximum of three hundred interrogatories, including discrete subparts, and one hundred requests for admissions.

3.  All written discovery shall be completed no later than December 31, 2008.

4.  Plaintiffs, as a group, are limited to a maximum of forty (40) depositions.

5.  Defendant is limited to a maximum of thirty (30) depositions.

6.  All depositions to be taken by the Plaintiffs and by Defendant shall be completed no later than May 30, 2009; *provided*, *however*, that the deposition of Dr. Joanne Wilson shall be completed no later than August 29, 2008. Further, Defendant shall acquire the commitment

of all officials of the Department of Education, other than Dr. Joanne Wilson, to ensure their availability for deposition between January 1 and May 30, 2009.

7.    Each deposition shall be limited to a maximum of seven (7) hours.

8.    All discovery shall be completed no later than July 23, 2009.

9.    Dispositive motions, whether full or partial, to be advanced prior to the conclusion of discovery, shall be filed no later than July 25, 2008.  The party or parties opposing the motion shall respond to the motion no later than 30 days from the date that such dispositive motion is filed.  Replies may be filed according to the Local Rules of this Court.  A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good cause.  The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

10.    Discovery material shall not be filed with the Court unless so ordered.  *See* LCvR 5.2(a).

11.    Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery.  Counsel are referred to LCvR 26.2 and expected to conform fully with its directives.  Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention.  In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court.  Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

12.    A telephone conference is scheduled for 2:30 p.m. on June 20, 2008 to determine whether the initial disclosure of documents provided by Defendant are sufficient or whether further disclosures of documents are required by Plaintiffs.

13.    A post-written discovery status conference is scheduled for 10:00 a.m. on January 9, 2009.

14.    Trial counsel shall appear at all hearings, unless excused by the court in advance of the hearing date.

15.    Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiffs' counsel shall advise this Court by promptly filing a stipulation.

16.    This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**


Date: May 20, 2008                                    _____/s/_____
                                                      ROSEMARY M. COLLYER
                                                      United States District Judge

3