## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD ANDERSON, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1565 (RMC) |
| MARGARET SPELLINGS, Secretary, U.S. Department of Education, | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christian A. Natiello as counsel for Defendant in the above-captioned case.

May 29, 2008

 /s/
CHRISTIAN A. NATIELLO, D.C. Bar #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338